NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID JOSEPH WOODS,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3058

---

Appeal from the Merit Systems Protection Board in No. DC0752100300-I-1.

---

**JUDGMENT**

---

CHARLES G. BYRD, JR., Alston & Byrd, of Baltimore, Maryland, argued for petitioner.

P. DAVIS OLIVER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E.

DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and BRYSON, *Circuit Judges*.

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 15, 2012         /s/ Jan Horbaly
Date                    Jan Horbaly
                        Clerk